1 | DANIEL J. HAYES (IL Bar No. 6243089)
Email: hayesdj@sec.gov
MICHAEL D. FOSTER (IL Bar No. 6257063)
Email: fostermi@sec.gov
JAKE A. SCHMIDT (IL Bar No. 6270569)
Email: schmidtj@sec.gov
KEVIN A. WISNIEWSKI (IL Bar No. 6294107)
Email: wisniewskik@sec.gov

175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:19-cv-01391 |
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER RELATED ACTION IN THIS DISTRICT** |
| vs. | |
| VOLKSWAGEN AKTIENGESELLSCHAFT, MARTIN WINTERKORN, VOLKSWAGEN GROUP OF AMERICA FINANCE, LLC, and VW CREDIT, INC., | Hon. |
| | Magistrate Judge Sallie Kim |
| Defendants. | |

Plaintiff United States Securities and Exchange Commission ("SEC") submits this Notice of Pendency of Other Related Action in the District, pursuant to Civil Local Rule 3-13. The following actions already pending in this District may be related to the present case:

***In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation***, MDL No. 2672 CRD, Case 3:15-md-02672 (CRB) (Northern District of California). On December 8, 2015, the United States Judicial Panel on Multidistrict Litigation transferred 56 civil actions arising from Volkswagen's use of a "defeat device" in nearly 600,000 diesel vehicles sold in the United State from 2009 through 2015 to the Northern District of California for coordination and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 148 F. Supp. 3d 1367 (J.P.M.L. 2015). Since that time, more than 1,500 additional actions have been transferred to the Northern District of California. With the consent of the court, all such actions have been assigned to Judge Breyer.

One of the Volkswagen "defeat device" lawsuits assigned to Judge Breyer is ***BRS v. Volkswagen AG, et al.,*** Case No. 16-cv-3435 ("Bondholders Securities Action"), which is a class-action instituted by certain U.S. bondholders who purchased Volkswagen corporate bonds between May 23, 2014 and September 22, 2015. The bondholders allege that during the class period Volkswagen Aktiengesellschaft ("VWAG"), Martin Winterkorn ("Winterkorn"), and Volkswagen Group of America Finance, LLC ("VWGoAF") (collectively "VW") failed to disclose its emissions fraud, which rendered statements to prospective bondholders misleading and caused VW's bonds to sell at inflated prices. The bondholders contend that VW violated certain provisions of the federal securities laws.

The Commission's complaint in the instant case, ***SEC v. VWAG, et al.,*** Case No. 19-cv-01391 (Northern District of California), also names VWAG, Winterkorn, and VWGoAF as defendants (along with another VW-affiliated finance company VW Credit, Inc.) and alleges they violated the anti-fraud provisions of the federal securities laws in connection with the offer and sale of VW's corporate bonds and asset-backed securities in the United States between May 2014 and June 2015.

Dated: March 15, 2019                Respectfully submitted,


/s/Daniel J. Hayes
Daniel J. Hayes
U.S. Securities and Exchange Commission