Daniel J. Hayes
Jake A. Schmidt
Kevin A. Wisniewski
Michael D. Foster
U.S. SECURITIES & EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

*Attorneys for Plaintiff United States
Securities and Exchange Commission*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC) <br><br> **STIPULATION AND ~~PROPOSED~~ SCHEDULING ORDER** <br><br> Judge: Hon. Charles R. Breyer |
| This Document Relates To: <br><br> *U.S. S.E.C. v. Volkswagen AG,* <br> No. 3:19-cv-1391-CRB | |

     Plaintiff United States Securities and Exchange Commission ("SEC"), Defendants Volkswagen AG, Volkswagen Group of American Finance, LLC, and VW Credit, Inc. ("VW"), and Defendant Martin Winterkorn (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate as follows:

     WHEREAS, at the August 16, 2019 status hearing in this matter, the Court instructed the Parties to engage in settlement discussions to attempt resolve the SEC's claims;

WHEREAS, following the August 16, 2019 status conference, the Parties were actively engaged in lengthy settlement discussions, which included in person and telephonic mediation sessions with Magistrate Judge Jacqueline Scott Corley;

WHEREAS, despite the Parties' good faith efforts and the assistance of Judge Corley, the Parties are unable to reach a settlement at this time; and

WHEREAS, the Parties request that they be permitted to proceed with the litigation of this case and that the proposed scheduling order be adopted.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, as follows:

| ACTION | Due Dates |
| --- | --- |
| Defendants' Motions to Dismiss and/or Responsive Pleadings: | April 10, 2020 |
| Plaintiff's Opposition to any Motions to Dismiss: | May 28, 2020 |
| Defendants' Reply in Support of Motions to Dismiss: | June 26, 2020 |
| Fact Discovery Cutoff: | February 11, 2022 |
| Expert Reports Exchanged: | May 9, 2022 |
| Rebuttal Expert Reports Exchanged: | July 15, 2022 |
| Expert Discovery Cutoff: | August 19, 2022 |
| Dispositive Motions & Opening Briefs: | October 28, 2022 |
| Oppositions to Dispositive Motions: | December 12, 2022 |
| Replies in Support of Dispositive Motions: | January 13, 2023 |
| Pretrial Conference: | To be set by Court at later date |
| Trial: | To be set by Court at later date |

This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

IT IS SO STIPULATED.

Dated: March 9, 2020          Respectfully submitted,

/s/Daniel J. Hayes
Daniel J. Hayes
Jake A. Schmidt
Kevin A. Wisniewski
Michael D. Foster
U.S. SECURITIES & EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr. *(admitted pro hac vice)*
Sharon L. Nelles *(admitted pro hac vice)*
Suhana S. Han *(admitted pro hac vice)*
Matthew A. Schwartz *(admitted pro hac vice)*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Volkswagen AG,*
*Volkswagen Group of America Finance, LLC*
*and VW Credit, Inc.*

/s/Gregory P. Joseph
Gregory P. Joseph *(admitted pro hac vice)*
Peter R. Jerdee *(admitted pro hac vice)*
Christopher J. Stanley *(admitted pro hac vice)*
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1222
Facsimile: (212) 407-1269

*Attorneys for Defendant Martin Winterkorn*

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: March 10, 2020

_____
CHARLES R. BREYER
United States District Judge