Daniel J. Hayes
Jake A. Schmidt
Kevin A. Wisniewski
Eric M. Phillips
U.S. SECURITIES & EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

*Attorneys for Plaintiff United States Securities and Exchange Commission*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*U.S. S.E.C. v. Volkswagen AG,*<br>No. 3:19-cv-1391-CRB | MDL No. 2672 CRB (JSC)<br><br>**STIPULATION AND PROPOSED ORDER ON AMENDED COMPLAINT**<br><br>Judge: Hon. Charles R. Breyer |

Plaintiff Securities and Exchange Commission ("SEC"); Defendants Volkswagen AG, Volkswagen Group of American Finance, LLC, and VW Credit, Inc. ("VW"); and Defendant Martin Winterkorn (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, the SEC filed its Complaint in this matter on March 14, 2019;

WHEREAS, VW and Winterkorn filed motions to dismiss certain claims in the Complaint on April 10, 2020;

WHEREAS, the SEC notified the Court, as well as VW and Winterkorn, by letter dated August 19, 2020, of an error in the Complaint and that it intended to seek permission to file an Amended Complaint within 14 days after the Court ruled on the motions to dismiss;

WHEREAS, the Court entered an Order on August 20, 2020, denying Winterkorn's motion to dismiss and granting in part VW's motion to dismiss;

WHEREAS, in accordance with Section II.2 of the Court's General Standing Order for Civil and Criminal Cases, attached hereto as Exhibits 1 and 2, respectively, are a clean copy of the proposed Amended Complaint and a redlined copy of the proposed Amended Complaint comparing it to the Complaint; and

WHEREAS, the SEC's proposed Amended Complaint does not reallege the dismissed claims or the allegations related solely to those claims (collectively, "Dismissed Claims"), based on the Parties' understanding and agreement that the Dismissed Claims need not be realleged in order to preserve them for appeal, in accordance with *Lee v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012) (*en banc*) ("For claims dismissed with prejudice and without leave to amend, we will not require that they be repled in a subsequent amended complaint to preserve them for appeal."); *see also Bronson v. Johnson and Johnson, Inc.*, No. C 12–04184 CRB, 2013 WL 5731817, at *3 (N.D. Cal. Oct. 22, 2013) (dismissing claims realleged in amended complaint that were previously dismissed with prejudice because "litigants are not required to reallege dismissed claims in a subsequent amended complaint in order to preserve the right to appeal dismissal.").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, as follows:

The SEC may file its proposed Amended Complaint, without realleging the Dismissed Claims.

The SEC has not waived and has preserved its right to later appeal the Court's dismissal of the Dismissed Claims.

VW and Winterkorn shall have 42 days from the date this Stipulation and Proposed Order is entered by the Court in which to answer the Amended Complaint;

Nothing herein shall affect or delay the progress of discovery, including the exchange of Rule 26(a)(1) Initial Disclosures.

This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

IT IS SO STIPULATED.

Dated: September 3, 2020                              Respectfully submitted,


                                                      /s/Daniel J. Hayes
                                                      Daniel J. Hayes
                                                      Jake A. Schmidt
                                                      Kevin A. Wisniewski
                                                      Eric M. Phillips
                                                      U.S. SECURITIES & EXCHANGE
                                                      COMMISSION
                                                      175 West Jackson Blvd., Suite 1450
                                                      Chicago, Illinois 60604
                                                      Telephone: (312) 353-3368
                                                      Facsimile: (312) 353-7398

                                                      *Attorneys for Plaintiff*
                                                      *U.S. Securities and Exchange Commission*


                                                      /s/Robert J. Giuffra, Jr.
                                                      Robert J. Giuffra, Jr. *(admitted pro hac vice)*
                                                      Sharon L. Nelles *(admitted pro hac vice)*
                                                      Suhana S. Han *(admitted pro hac vice)*
                                                      Matthew A. Schwartz *(admitted pro hac vice)*
                                                      SULLIVAN & CROMWELL LLP
                                                      125 Broad Street
                                                      New York, New York 10004
                                                      Telephone: (212) 558-4000
                                                      Facsimile: (212) 558-3588

                                                      *Attorneys for Defendants Volkswagen AG,*
                                                      *Volkswagen Group of America Finance, LLC*
                                                      *and VW Credit, Inc.*

```
                                    /s/Christopher J. Stanley
                                    Gregory P. Joseph (admitted pro hac vice)
                                    Peter R. Jerdee (admitted pro hac vice)
                                    Christopher J. Stanley (admitted pro hac vice)
                                    JOSEPH HAGE AARONSON LLC
                                    485 Lexington Avenue, 30th Floor
                                    New York, NY 10017
                                    Telephone: (212) 407-1222
                                    Facsimile: (212) 407-1269

                                    Attorneys for Defendant Martin Winterkorn
```

                      \*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____, 2020    _____
                                                  CHARLES R. BREYER
                                                  United States District Judge

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: September 3, 2020

/s/Daniel J. Hayes
Daniel J. Hayes