UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01391-CRB (AGT)<br><br>**SUPPLEMENTAL BRIEFING ORDER**<br><br>Re: Dkt. No. 90 |

　　　If VW shared with the Department of Justice or with any regulator or government agency, foreign or domestic, the names of any VW officers, directors, or employees whom VW believed knew about the company's use of a defeat device, the Court is inclined to order VW to share those names with the SEC. If VW maintains that such prior disclosures wouldn't waive work-product protection, VW should explain why in a supplemental letter brief, by December 9, 2022. The SEC may respond to VW's supplemental letter brief, by December 16, 2022.

　　　**IT IS SO ORDERED.**

Dated: December 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge