Robert J. Giuffra, Jr. (*admitted pro hac vice*)
Sharon L. Nelles (*admitted pro hac vice*)
Suhana S. Han (*admitted pro hac vice*)
Matthew A. Schwartz (*admitted pro hac vice*)
Christopher J. Dunne (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Volkswagen AG and Volkswagen Group of America Finance, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (AGT) |
| | **STIPULATION AND** ~~**PROPOSED**~~ **AMENDED SCHEDULING ORDER** |
| This Document Relates To: | Judge: Hon. Charles R. Breyer |
| *U.S. S.E.C. v. Volkswagen AG,* No. 3:19-cv-1391-CRB | |

      Plaintiff United States Securities and Exchange Commission ("Plaintiff"), Defendants Volkswagen AG and Volkswagen Group of American Finance, LLC ("VW"), and Defendant Martin Winterkorn (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate as follows:

      WHEREAS, the Court previously entered the stipulated amended Scheduling Orders on November 18, 2022, August 15, 2022, May 12, 2022, and December 17, 2021 (ECF Nos. 97, 89, 80, 76);

WHEREAS, since the entry of the Court's most recent scheduling order, the Parties have served and responded to substantial written discovery, including interrogatories and document requests, and made document productions, which continue but are not yet complete;

WHEREAS, the COVID-19 pandemic substantially limited the Parties' ability to take and complete deposition discovery, particularly depositions of VW's current and former employees residing in Germany;

WHEREAS, the Parties have now taken several depositions, including of VW employees in Europe;

WHEREAS, the Parties are currently working to schedule and take additional depositions;

WHEREAS, the Parties continue to meet and confer in good faith attempts to resolve any discovery disputes;

WHEREAS, despite the Parties' efforts, they will need additional time to complete discovery and, thus, jointly request an extension of the dates set forth in the Court's Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, that the Scheduling Order be amended as follows:

| ACTION | Due Dates |
|---|---|
| Fact Discovery Cutoff: | June 16, 2023 |
| Expert Reports Exchanged: | September 22, 2023 |
| Rebuttal Expert Reports Exchanged: | December 4, 2023 |
| Expert Discovery Cutoff: | January 19, 2024 |
| Dispositive Motions & Opening Briefs: | March 29, 2024 |
| Oppositions to Dispositive Motions: | May 24, 2024 |
| Replies in Support of Dispositive Motions: | June 14, 2024 |
| Pretrial Conference: | To be set by Court at later date |

| Trial: | To be set by Court at later date |
|---|---|

This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

IT IS SO STIPULATED.

Dated: February 21, 2023                           Respectfully submitted,


/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr. *(admitted pro hac vice)*
Sharon L. Nelles *(admitted pro hac vice)*
Suhana S. Han *(admitted pro hac vice)*
Matthew A. Schwartz *(admitted pro hac vice)*
Christopher J. Dunne *(admitted pro hac vice)*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Volkswagen AG and Volkswagen Group of America Finance, LLC*


/s/ *Peter R. Jerdee*     (with permission)
Gregory P. Joseph *(admitted pro hac vice)*
Peter R. Jerdee *(admitted pro hac vice)*
Christopher J. Stanley *(admitted pro hac vice)*
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1222
Facsimile: (212) 407-1269

*Attorneys for Defendant Martin Winterkorn*


/s/ *Daniel J. Hayes*     (with permission)
Daniel J. Hayes
Eric M. Phillips
Jake A. Schmidt
Kevin A. Wisniewski
Raven Winters

U.S. SECURITIES & EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-3368
Facsimile: (312) 353-7398

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: February 22, 2023

_____
CHARLES R. BREYER
United States District Judge