**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> *U.S. S.E.C. v. Volkswagen AG,* No. 3:19-cv-1391-CRB | MDL No. 2672 CRB (JSC) <br><br> **ORDER OF DISMISSAL WITH PREJDICE** |

Before the Court is Plaintiff United States Securities and Exchange Commission's Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Stipulation"), dismissing with prejudice all claims in this lawsuit against Defendants Volkswagen Aktiengesellschaft ("VWAG") and Martin Winterkorn ("Winterkorn"). Having considered the Stipulation, the Court hereby GRANTS the request set forth in the Stipulation.

ORDERED that Plaintiff United States Securities and Exchange Commission's claims in the above-captioned lawsuit against Defendant VWAG and Defendant Winterkorn are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: __April 3_____, 2024                    _____
                                                 CHARLES R. BREYER
                                                 United States District Judge

Order of Dismissal with Prejudice
19-cv-1391-CRB